# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vilardo, Lawrence J. | United States District Court Western District of New York | 8/4/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Robert H. Jackson Courthouse
2 Niagara Square
Buffalo, NY 14202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Desmond Law Society of Canisius College |
| 2. | Co-Trustee | Family Trust (no reportable assets) |
| 3. | President | FWGA Corporation |
| 4. | Member | Canisius High School President' Advisory Council |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 8/4/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University School of Law and Columbia Law School | 2/28/2019 to 3/2/2019 | Manhassat, Long Island | Judical Seminar | Seminar canceled - reimbursed cost of airline ticket |
| 2. | America Law Institute (ALI) | 5/19/2019 to 5/21/2019 | Washington, DC | Annual Meeting | Lodging, transportation, and event tickets |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 8/4/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vilardo, Lawrence J.** | 8/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Mass Mutual Financial Group - Universal Life Insurance | E | Int./Div. | N | T | | | | | |
| 2. John Hancock Whole Life | A | Dividend | K | T | | | | | |
| 3. Rental Property Town of Tonawanda New York | D | Rent | | | Sold | 06/28/19 | M | F | |
| 4. M&T Bank Account | A | Interest | L | T | | | | | |
| 5. RBC Bank Account | A | Interest | K | T | | | | | |
| 6. TD Ameritrade FDIC Insured Deposit Money Market Account | A | Interest | J | T | | | | | |
| 7. Schwab US Large Cap | B | Dividend | K | T | Buy | 08/20/19 | K | | |
| 8. Ishares JPM USD Emerg Mkt | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 9. Ishares US Preferred Stock | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 10. Vanguard FTSE Dev Mkts | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 11. Vanguard SMG Mkts | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 12. Vanguard S/T Corp Bond | A | Interest | | | Sold | 12/11/19 | J | A | |
| 13. Vanguard REIT | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 14. Vanguard CRSP US Mid Cap | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 15. Vanguard US Small Cap | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 16. Ishares NY Muni | A | Interest | J | T | Buy | 08/20/19 | J | | |
| 17. Ishares Trust Core Total USD | A | Dividend | K | T | Buy | 08/20/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vilardo, Lawrence J.** | 8/4/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Inter Term Corp | A | Dividend | K | T | Buy | 08/20/19 | K | | |
| 19. Ishares Gold Trust | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 20. Ishares Jpm USD Emer Mkt Bond | A | Interest | L | T | | | | | |
| 21. Schwab US Large Cap | A | Dividend | O | T | | | | | |
| 22. Vanguard FTSE Developed Mkts | A | Dividend | M | T | | | | | |
| 23. Vanguard S/T Inflation Protected | A | Dividend | L | T | | | | | |
| 24. Vanguard S/T Corp Bond | A | Interest | K | T | | | | | |
| 25. Vanguard Mortgage Backed Sec | A | Dividend | L | T | | | | | |
| 26. Vanguard REIT | A | Dividend | K | T | | | | | |
| 27. Vanguard CSRP US Mid Cap | A | Dividend | M | T | | | | | |
| 28. Vanguard Small Cap | A | Dividend | M | T | | | | | |
| 29. First Trust Large Cap Core Alphadex | A | Dividend | | | Sold | 02/20/19 | L | A | |
| 30. First Trust Small Cap Core Alphadex | A | Dividend | | | Sold | 02/20/19 | K | A | |
| 31. Ishares IBOXX Investment Grade Bonds | A | Interest | M | T | | | | | |
| 32. Ishares PFD & Inc Sec (aka Ishares US Preferred Stock) | A | Dividend | K | T | | | | | |
| 33. Ishares High Yield | A | Interest | K | T | | | | | |
| 34. Vanguard Emerging Markets | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vilardo, Lawrence J.** | 8/4/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Ishares Trust Core Total USD | A | Dividend | L | T | | | | | |
| 36.   First Trust Large Cap Core Alphadex | A | Dividend | K | T | | | | | |
| 37.   First Trust Mid Cap Core Alphadex | A | Dividend | K | T | | | | | |
| 38.   IShares TR JP Morgan USD EMG | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 39.   Schwab Strategic TR US Large Cap | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 40.   Vaneck Vectors TR Morning Star Wide | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 41.   Vanguard Total Bond MKT | A | Interest | J | T | Buy | 08/30/19 | J | | |
| 42.   Vanguard FTSE DEV MKT | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 43.   Vanguard FTSE EMR MKT | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 44.   Vanguard Int - Term Corp | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 45.   Vanguard Mid Cap | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 46.   Vanguard Small Cap | A | Dividend | J | T | Buy | 08/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Vilardo, Lawrence J.** | 8/4/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Positions.
   Linie 2.  Co-Trustee - Family Trust (No Reportable Assets).

VII.  Investments and Trusts.
   Line 3.   Rental Property purchased 3/31/2009.  Purchase price $171,500.  Property sold 6/28/2019.

| Name of Person Reporting | Date of Report |
|---|---|
| Vilardo, Lawrence J. | 8/4/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence J. Vilardo**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544